

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-15-00362-CV

Javan P. **SMITH**,
Appellant

v.

**DC CIVIL CONSTRUCTION, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015-CV-01978
Honorable Martha Tanner, Judge Presiding

## O R D E R

    Appellant's brief was originally due on April 18, 2016. Appellant, who is *pro se*, has been granted one extension of time in which to file the brief, until April 28, 2016. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant file his brief <u>no later than May 31, 2016</u>. If appellant fails to file the brief by this date or fails to reasonably explain the reason for his failure to do so, **this appeal will be dismissed for want of prosecution**. TEX. R. APP. P. 38.8(a); 42.3(b),(c).

    The Clerk of this court shall cause a copy of this order to be served on appellant by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court